| PROB 22 (Rev. 9/98) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | EP-03-CR-2294PRM(10) |

TRANSFER OF JURISDICTION

FILED

08 AUG 15 PM 12: 47

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT
TEXAS
BY: _____ DEPUTY

**DOCKET NUMBER** *(Rec. Court)*
08CR7041-IE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dean Miller  TN: Dean Gordon Miller | WD/TX | EL PASO |

**NAME OF SENTENCING JUDGE**

Philip R. Martinez

| DATES OF SUPERVISED RELEASE | FROM 05/02/08 | TO 05/01/11 |
|---|---|---|

**OFFENSE:** 18 U.S.C. §§ 371, 545, 2342 and 2320; Conspiracy to smuggle cigarettes in the United States, Traffic in contraband cigarettes and Traffic in counterfeit goods.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/18/2008
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/23/08
_____
Effective Date

_____
United States District Judge

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

FILED

2005 APR 27 PM 1:49

WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Dean Miller, TN: DEAN GORDON MILLER

Defendant.

Case Number    EP-03-CR-2294-PRM(10)
USM Number    89845-198

## AMENDED JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Dean Miller, TN: DEAN GORDON MILLER, was represented by Daniel S. Gonzalez.

On motion of the United States, the Court has dismissed Counts 2, 10, 11, 48, 49, 50, 52, 58, 63, 73, 74 and 79.

The defendant pled guilty to Count 1 of the Indictment on November 19, 2004. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 USC 371, 545, 2342 and 2320 | Conspiracy to smuggle cigarettes in the United States, Traffic in contraband cigarettes and Traffic in counterfeit goods | 12/2003 | 1 |

As pronounced on February 17, 2005, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 27th day of April, 2005.

PHILIP R. MARTINEZ
United States District Judge

576

RVI

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of forty (48) months with credit for time served while in custody for this federal offense.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F. P. C., Nellis, Nevada.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on May 3, 2005, at or before 2:00 PM when notified to report by the United States Marshal .

## RETURN

I have executed this Judgment as follows:

_____

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

RV/

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 4 and 5 of this judgment.

RV/

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

## CONDITIONS OF SUPERVISION

### Mandatory Conditions:

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U.S. C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

### Standard Conditions:

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

The Court further adopts such of the following special conditions applied to the supervised person by the judge at the time of sentencing:

1) The defendant shall perform 200 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the term of supervision.

2) The defendant shall not incur new charges or open additional lines of credit without approval by the U.S. Probation Office, unless the defendant is in compliance with the fine imposed. The defendant shall provide the U.S. Probation Officer access to any requested financial information.

RV/_____

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court,  511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTAL: | $100.00 | $10,000.00 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00.  Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $10,000.00.  Payment of this sum shall begin immediately.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1)  assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest,  (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

Dean Miller, TN: DEAN GORDON MILLER

Defendant.

Case Number   EP-03-CR-2294 PRM(10)
USM Number   89845-198

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Dean Miller, TN: DEAN GORDON MILLER, was represented by Daniel S. Gonzalez.

On motion of the United States, the Court has dismissed Counts 2, 10, 11, 48, 49, 50, 52, 58, 63, 73, 74 and 79.

The defendant pled guilty to Count 1 of the Indictment on November 19, 2004. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 18 USC 371, 545, 2342 and 2320 | Conspiracy to smuggle cigarettes in the United States, Traffic in contraband cigarettes and Traffic in counterfeit goods | 12/2003 | 1 |

As pronounced on February 17, 2005, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 25th day of February, 2005.

PHILIP R. MARTINEZ
United States District Judge

RV/

Judgment--Page 2

Defendant:  Dean Miller, TN: DEAN GORDON MILLER
Case Number:  EP-03-CR-2294 PRM(10)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of forty (48) months with credit for time served while in custody for this federal offense.

The Court makes the following recommendations to the Bureau of Prisons:

That the defendant serve this sentence at F. P. C., Nellis, Nevada.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons on May 31, 2005, at or before 2:00 PM when notified to report by the United States Marshal .

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

RV/_____

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court as set forth on pages 4 and 5 of this judgment.

RV/

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

**CONDITIONS OF SUPERVISION**

**Mandatory Conditions:**

1) The defendant shall not commit another federal, state, or local crime.

2) The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

3) In supervised release cases only, the defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

4) If convicted of a felony, the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) The defendant shall cooperate in the collection of DNA as directed by the probation officer if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 1413a).

6) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), the defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

7) If convicted of a domestic violence crime as defined in 18 U. S. C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

8) If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

**Standard Conditions:**

1) The defendant shall not leave the judicial district without permission of the court or probation officer.

2) The defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer.

10) The defendant shall permit a Probation Officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the Probation Officer.

11) The defendant shall notify the Probation Officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

14) If convicted of a sexual offense as described in 18 U.S.C. § 4042(c)(4), or has a prior conviction of a State or local offense that would have been an offense as described in 18 U.S.C. § 4042 (c)(4) if a circumstance giving rise to Federal jurisdiction had existed, the defendant shall participate in a sex offender treatment program approved by the probation officer. The defendant shall abide by all program rules, requirements and conditions of the sex offender treatment program, including submission to polygraph testing, to determine if the defendant is in compliance with the conditions of release. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

15) The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

16) The defendant shall submit to an evaluation for mental health counseling as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a mental health program approved by the probation officer. The defendant may be required to contribute to the cost of the services rendered (copayment) in an amount to be determined by the probation officer, based upon the defendant's ability to pay.

17) If the defendant is excluded, deported, or removed upon release from imprisonment, the term of supervised release shall be a non-reporting term of supervised release. The defendant shall not illegally re-enter the United States. If the defendant lawfully re-enters the United States during the term of supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

18) If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

19) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

20) If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the payment schedule.

The Court further adopts such of the following special conditions applied to the supervised person by the judge at the time of sentencing:

1) The defendant shall perform 200 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of four hours per week, to be completed during the term of supervision.

2) The defendant shall not incur new charges or open additional lines of credit without approval by the U.S. Probation Office, unless the defendant is in compliance with the fine imposed. The defendant shall provide the U.S. Probation Officer access to any requested financial information.

RV/_____

Defendant: Dean Miller, TN: DEAN GORDON MILLER
Case Number: EP-03-CR-2294 PRM(10)

## CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court,  511 E. San Antonio Street, Room 219 El Paso, Texas 79901.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTAL: | $100.00 | $10,000.00 | $0 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of $100.00.   Payment of this sum shall begin immediately.

### Fine

The defendant shall pay a fine of $10,000.00.   Payment of this sum shall begin immediately.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed.  See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1)  assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest,  (7) penalties, and (8) costs, including cost of prosecution and court costs.

Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: 3:03-cr-02294-PRM-10

Case title: USA v. Abraham, et al                    Date Filed: 12/13/2003

Assigned to: Judge Philip R. Martinez

**Defendant (10)**

**Dean Miller**                    represented by    **Daniel Salvador Gonzalez**
*TERMINATED: 02/17/2005*                             1216 Montana Ave.
                                                     El Paso, TX 79902
                                                     (915) 533-6393
                                                     Fax: 915/533-4188
                                                     Email: daniel@dgonzalezlaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: Retained

                                                     **Michael Pancer**
                                                     105 West "F" St., 4th fl.
                                                     San Diego, CA 92101
                                                     (619) 239-1826
                                                     Fax: 619/233-3221
                                                     *TERMINATED: 11/02/2004*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Pending Counts**                                   **Disposition**

18:371.F CONSPIRACY TO                               Deft. sentenced to 48 months
DEFRAUD THE UNITED STATES                            imprisonment with credit for time
(1)                                                  served while in custody for his federal
                                                     offense followed by 3 years supervised
                                                     release and $10,000.00 fine and $10.00
                                                     SA

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                **Disposition**

18:1343.F FRAUD BY WIRE, RADIO,
OR TELEVISION                                        Remaining counts dismissed
(2)

18:545.F SMUGGLING GOODS INTO
THE U.S. (EXCEPT NARCOTICS
AND LIQUOR)
(10-11)

Remaining counts dismissed

18:2342.F TRAFFICKING IN
CONTRABAND CIGARETTES
(48)

Remaining counts dismissed

18:2320.F TRAFFICKING IN
COUNTERFEIT GOODS/SERVICES
(SUB OFFENSE)
(50)

Remaining counts dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

None

**Plaintiff**

USA                                    represented by  **Jose Luis Gonzalez**
                                                       Assistant United States Attorney
                                                       700 E. San Antonio Street
                                                       Suite 200
                                                       El Paso, TX 79901
                                                       (915) 534-6884
                                                       Fax: 915/534-3418
                                                       Email: jose.gonzalez3@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2003 | | Case assigned to Judge Philip R. Martinez (mt) (Entered: 02/01/2004) |
| 12/11/2003 | 3 | Sealed Indictment filed against Jorge Abraham Jorge Abraham (1) count(s) 1, 2, 3-4, 7, 10-13, 16, 17-31, 34, 37-38, 41-42, 45-47, 48-50, 51-61, 63, 64-70, 72-73, 75, 77-90, 91-92; Felipe Castaneda (2) Counts 1, 2, 3, 4, 7, 12-13, 16, 24, 26-31, 34, 41-42, 45-47, 49; Ignacio Abraham (3) Counts 1, 2, 7, 13, 16, 17, 19, 31, 34, 42, 45-47, 49, 59, 63, 71, 74, 86; Omar Jaramillo (8) Counts 1, 2, 7, 13, 31, 34, 42, 49; Lorenzo Enrique-Campos (9) Counts 1, 2, 11-12, 16, 41, 45, 50, 61; Dean Miller (10) Counts 1, 2, 10-11, 48, 50; Robert Tarantino (11) Counts 1, 2, 10-11, 48, 50, 54, 60-61, 63; Scott Snyder (12) Counts 1, 2, 6, 15, 36, 40, 44, 49; Timothy J. Farnham (13) Counts 1, 2, 6, 9, 15, 27, 33, 36, 40, 44, 46, 49; Donald Deland (14) Counts 1, 2, 15, 40, 44, 46, 49, 63, 69, 88; Peter L. Pembleton (15) Counts 1, 2, 3, 5, 8, 14, 24, 28, 32, 35, 39, 43, 63, 71-72, 76-77, 81-82, 84; Anthony Leone (16) Counts 1, 2, 3, 5, 8, 14, 24, 28, |

| | | |
|---|---|---|
| | | 32, 35, 39, 43, 63, 77, 81, 84; Fernando Ortiz (17)) Counts 1, 2, 3-4, 12-13, 16, 21-29, 34, 37-38, 41-42, 45-46, 54; Antonio Aranda (18) Counts 1, 2, 12, 16, 41, 45; Saul Iglesias (19) Counts 1, 2, 16, 45 (mt) Modified on 03/12/2004 (Entered: 02/01/2004) |
| 12/11/2003 | 32 | Motion by USA as to Dean Miller to seal Indictment (mt) (Entered: 02/10/2004) |
| 12/11/2003 | 33 | Order as to Dean Miller granting motion to seal Indictment [32-1] as to Dean Miller (10) signed by Judge Norbert J. Garney (mt) (Entered: 02/10/2004) |
| 12/11/2003 | 34 | Order Bench warrant issued for Dean Miller signed by Judge Norbert J. Garney (mt) (Entered: 02/10/2004) |
| 12/11/2003 | | Bench warrant issued for Dean Miller (mt) (Entered: 02/10/2004) |
| 12/31/2003 | 79 | Amended Motion by USA as to Dean Miller : amending motion to seal Indictment [32-1] (mt) (Entered: 02/10/2004) |
| 12/31/2003 | 80 | Order as to Dean Miller granting amended motion amending motion to seal Indictment [79-1] as to Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 02/10/2004) |
| 01/28/2004 | | Defendant(s) Dean Miller arrested in other district: San Diego, California (mt) (Entered: 02/10/2004) |
| 01/29/2004 | 111 | Notice of filing return of Lis Pendens as to County Clerk of Deed Records on 1/28/04 by USA (mt) (Entered: 02/01/2004) |
| 01/29/2004 | 112 | Notice of filing return of Lis Pendens on 1/28/04 by USA (mt) (Entered: 02/01/2004) |
| 01/29/2004 | 113 | Notice of filing return of Service as to Lis Pendens on 1/28/04 by USA (mt) (Entered: 02/01/2004) |
| 01/29/2004 | 114 | Notice of filing return of service as to Lis Pendens on 1/28/04 by USA (mt) (Entered: 02/01/2004) |
| 01/29/2004 | | Indictment unsealed as to Dean Miller, Robert Tarantino, Peter L. Pembleton, Anthony Leone (mt) (Entered: 02/10/2004) |
| 02/06/2004 | 152 | Notice of filing notice of Lis Pendens as the Central Appraisal District, by USA (mt) (Entered: 02/07/2004) |
| 02/09/2004 | 158 | Bench warrant returned executed for Dean Miller on 1/28/04 (mt) (Entered: 02/10/2004) |
| 02/10/2004 | 165 | Bond filed: $40,000.00 Unsecured for Dean Miller (mt) (Entered: 02/10/2004) |
| 02/13/2004 | 205 | Notice as to Dean Miller arraignment 10:30 2/20/04 for Dean Miller , docket call 8:00 2/27/04 for Dean Miller (mt) (Entered: 02/15/2004) |
| 02/13/2004 | 206 | Motion by USA as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Omar Jaramillo, Lorenzo Enrique-Campos, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias to clarify the |

|  |  |  |
|---|---|---|
|  |  | Court's standing order and to extend time under the Court's standing discovery order (mt) (Entered: 02/15/2004) |
| 02/18/2004 | 212 | Motion by Dean Miller for (Michael Pancer) to appear pro hac vice (mt) (Entered: 02/18/2004) |
| 02/18/2004 |  | Arraignment as to Dean Miller resetting to 10:30 2/27/04 for Dean Miller (mt) (Entered: 02/18/2004) |
| 02/18/2004 |  | Pro hac vice fee paid byMichael Pancer with as to Dean Miller Amount: $ 25.00 Receipt # 347338 (mt) (Entered: 07/07/2004) |
| 02/19/2004 | 218 | Order as to Dean Miller docket call 8:00 3/26/04 for Dean Miller signed by Judge Philip R. Martinez (mt) (Entered: 02/19/2004) |
| 02/23/2004 | 223 | Order as to Dean Miller granting motion for (Michael Pancer) to appear pro hac vice [212-1] as to Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 02/23/2004) |
| 02/23/2004 | 224 | Notice of attorney appearance for Dean Miller by Michael Pancer (mt) (Entered: 02/23/2004) |
| 02/23/2004 |  | Received documents as to Dean Miller transferred pursuant to Rule 40 from San Diego, CA (mt) (Entered: 02/23/2004) |
| 02/23/2004 | 228 | Waiver of personal appearance at arraignment and entry of plea not guilty by Dean Miller (10) count(s) 1, 2, 10-11, 48, 50 signed by Judge Norbert J. Garney (mt) (Entered: 02/24/2004) |
| 02/23/2004 | 229 | General Order of Discovery as to Dean Miller signed by Judge Philip R. Martinez (mt) (Entered: 02/24/2004) |
| 02/23/2004 |  | Waiver of speedy trial by Dean Miller (mt) (Entered: 02/24/2004) |
| 02/23/2004 |  | Defendant(s) Dean Miller first appearance held ; ; Defendant informed of rights. (mt) (Entered: 02/24/2004) |
| 02/24/2004 |  | Bond custodian Lee Ann Samaniego added as to defendant Dean Miller (mt) (Entered: 02/24/2004) |
| 02/24/2004 | 233 | Motion by USA as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Omar Jaramillo, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias to withdraw motion to clarify the court's standing discovery order and to extend time under the Court's standing discovery order (mt) (Entered: 02/24/2004) |
| 02/25/2004 | 234 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Omar Jaramillo, Lorenzo Enrique-Campos, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias denying motion to clarify the Court's standing order and to extend time under the Court's standing discovery order [206-1] as to Jorge Abraham (1), Felipe Castaneda (2), Ignacio Abraham (3), Omar Jaramillo (8), Lorenzo Enrique-Campos (9), Dean Miller (10), Robert Tarantino (11), Scott Snyder (12), Timothy J. |

|  |  |  |
|---|---|---|
|  |  | Farnham (13), Donald Deland (14), Peter L. Pembleton (15), Anthony Leone (16), Fernando Ortiz (17), Antonio Aranda (18), Saul Iglesias (19) signed by Judge Philip R. Martinez (mt) (Entered: 02/25/2004) |
| 02/25/2004 | 235 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Omar Jaramillo, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias granting motion to withdraw motion to clarify the court's standing discovery order and to extend time under the Court's standing discovery order [233-1] as to Jorge Abraham (1), Felipe Castaneda (2), Ignacio Abraham (3), Omar Jaramillo (8), Dean Miller (10), Robert Tarantino (11), Scott Snyder (12), Timothy J. Farnham (13), Donald Deland (14), Peter L. Pembleton (15), Anthony Leone (16), Fernando Ortiz (17), Antonio Aranda (18), Saul Iglesias (19) signed by Judge Philip R. Martinez (mt) (Entered: 02/25/2004) |
| 02/27/2004 | 242 | Motion by Dean Miller to enlarge conditions of release fo deft. to travel to Florida and New York for business (mt) (Entered: 02/27/2004) |
| 03/02/2004 | 248 | Order referring motion as to Dean Miller : referred motion to enlarge conditions of release fo deft. to travel to Florida and New York for business [242-1] to Honorable Norbert Garney signed by Judge Philip R. Martinez (mt) Modified on 03/03/2004 (Entered: 03/02/2004) |
| 03/03/2004 | 249 | Response by USA to motion by Dean Miller : motion to enlarge conditions of release fo deft. to travel to Florida and New York for business [242-1] (mt) (Entered: 03/03/2004) |
| 03/04/2004 | 251 | Order as to Dean Miller granting motion to enlarge conditions of release for deft. to travel within the continental US, prior to travel deft. shall notify his pretrial office and obtain express written permission (to be granted at the discretion of the US Pretrial officer), and deft. to advise Pretrial officer of the destination and duration of travel and to arrange a report date immediately upon his return to San Diego,CA., [242-1] as to Dean Miller (10) signed by Judge Norbert J. Garney (mt) (Entered: 03/05/2004) |
| 03/09/2004 | 254 | Joint motion by Jorge Abraham, Ignacio Abraham, Dean Miller to extend time to file motion to suppress Title III wiretap interceptions evidence (mt) (Entered: 03/09/2004) |
| 03/09/2004 | 255 | Motion by Jorge Abraham, Dean Miller that all Title 3 applications, affidavits, orders, sealing order requests, and sealing orders are to be placed a the copy depository within 7 days. (mt) (Entered: 03/09/2004) |
| 03/24/2004 | 265 | Order denying as moot request to place documents in the copy depository as to Jorge Abraham, Dean Miller signed by Judge Philip R. Martinez (mm1) (Entered: 03/24/2004) |
| 03/24/2004 | 266 | Order as to Jorge Abraham, Dean Miller order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice , setting docket call for 8:00 4/30/04 for Jorge Abraham, for Dean Miller signed by Judge Philip R. Martinez (mm1) (Entered: 03/24/2004) |

| 03/24/2004 | 268 | Notice of attorney appearance for Dean Miller by Daniel Salvador Gonzalez (mm1) (Entered: 03/25/2004) |
| 03/26/2004 | 279 | Order as to Jorge Abraham, Dean Miller order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice , resetting docket call for 8:00 5/10/04 for Jorge Abraham, for Dean Miller signed by Judge Philip R. Martinez (mm1) (Entered: 03/29/2004) |
| 04/02/2004 | 287 | Notice of filing by Dean Miller by attorney Michael Pancer that deft. Dean Miller's local counsel will be Daniel Gonzales. (mt) (Entered: 04/02/2004) |
| 04/05/2004 | 289 | Motion by Jorge Abraham, Dean Miller for order directing the goVts. to give notice its intention to use evidence , for notice by by the Govt. of intention to rely upon other crimes evidence , to disclose identity and wherabouts of confidential informants and for pretrial access , for attorney voir dire and to reserve further motions (mt) (Entered: 04/05/2004) |
| 04/05/2004 | 290 | Memorandum by Jorge Abraham, Dean Miller in support of motion for order directing the goVts. to give notice its intention to use evidence [289-1], motion for notice by by the Govt. of intention to rely upon other crimes evidence [289-2], motion to disclose identity and wherabouts of confidential informants and for pretrial access [289-3], motion for attorney voir dire and to reserve further motions [289-4] (mt) (Entered: 04/05/2004) |
| 04/05/2004 | 291 | Motion by Jorge Abraham, Dean Miller for disclosure of proffer information (mt) (Entered: 04/05/2004) |
| 04/05/2004 | 292 | Memorandum by Jorge Abraham, Dean Miller in support of motion for disclosure of proffer information [291-1] (mt) (Entered: 04/05/2004) |
| 04/05/2004 | 298 | Motion by Dean Miller to sever (mt) (Entered: 04/06/2004) |
| 04/05/2004 | 299 | Memorandum by Dean Miller in support of motion to sever [298-1] (mt) (Entered: 04/06/2004) |
| 04/13/2004 | 309 | Response by USA to motion by Jorge Abraham, Dean Miller : motion for disclosure of proffer information [291-1] (mt) (Entered: 04/13/2004) |
| 04/13/2004 | 310 | Response by USA to motion by Jorge Abraham, Dean Miller : motion for disclosure of proffer information [291-1], motion for order directing the goVts. to give notice its intention to use evidence [289-1], motion for notice by by the Govt. of intention to rely upon other crimes evidence [289-2], motion to disclose identity and wherabouts of confidential informants and for pretrial access [289-3], motion for attorney voir dire and to reserve further motions [289-4] (mt) (Entered: 04/13/2004) |
| 04/16/2004 | 312 | Response by USA in opposition to motion by Dean Miller : motion to sever [298-1] (mt) (Entered: 04/16/2004) |
| 04/16/2004 | 321 | Amended motion by Jorge Abraham, Ignacio Abraham, Dean Miller : amending motion to suppress wiretap-related evidence [261-1] (mt) (Entered: 04/19/2004) |
| | | |

| 04/16/2004 | 322 | Memorandum by Jorge Abraham, Ignacio Abraham, Dean Miller in support of amended motion amending motion to suppress wiretap-related evidence [321-1] (mt) (Entered: 04/19/2004) |
| --- | --- | --- |
| 04/21/2004 | 323 | Motion by Jorge Abraham, Ignacio Abraham, Dean Miller to extend time for the govt. to respond to defts. joint amended motion to suppress wiretap-related evidence (mt) (Entered: 04/22/2004) |
| 04/23/2004 | 325 | Order as to Jorge Abraham, Ignacio Abraham, Dean Miller granting motion to extend time for the govt. to respond to defts. joint amended motion to suppress wiretap-related evidence on or before 5/21/04, [323-1] as to Jorge Abraham (1), Ignacio Abraham (3), Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 04/26/2004) |
| 04/27/2004 | 328 | Order as to Jorge Abraham, Dean Miller docket call 4:00 5/10/04 for Jorge Abraham, for Dean Miller signed by Judge Philip R. Martinez (mt) (Entered: 04/27/2004) |
| 05/10/2004 | | Docket call for Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Lorenzo Enrique-Campos, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias held (mt) (Entered: 05/11/2004) |
| 05/10/2004 | | Motion in open court by USA as to Jorge Abraham, Ignacio Abraham, Dean Miller oral motion to extend time to file response to defts. amended motion to suppress wiretap evidence (mt) (Entered: 05/17/2004) |
| 05/11/2004 | 333 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice , docket call 8:00 7/15/04 for Jorge Abraham, for Felipe Castaneda, for Ignacio Abraham, for Dean Miller, for Robert Tarantino, for Scott Snyder, for Timothy J. Farnham, for Donald Deland, for Peter L. Pembleton, for Anthony Leone, for Fernando Ortiz, for Antonio Aranda, for Saul Iglesias signed by Judge Philip R. Martinez (mt) (Entered: 05/11/2004) |
| 05/11/2004 | 335 | Minutes of proceedings for docket call conducted on 5/10/04 as to Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham by Judge Martinez. Court Reporter: Mike Nobles (mt) (Entered: 05/11/2004) |
| 05/17/2004 | 338 | Order as to Jorge Abraham, Ignacio Abraham, Dean Miller granting oral motion to extend time to file response to defts. amended motion to suppress wiretap evidence on or before 7/1/04[0-0] as to Jorge Abraham (1), Ignacio Abraham (3), Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 05/17/2004) |
| 06/14/2004 | 344 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias docket call 8:00 7/8/04 for Jorge Abraham, for Felipe Castaneda, for Ignacio Abraham, for Dean Miller, for Robert Tarantino, for Scott Snyder, for |

|  |  | Timothy J. Farnham, for Donald Deland, for Peter L. Pembleton, for Anthony Leone, for Fernando Ortiz, for Antonio Aranda, for Saul Iglesias signed by Judge Philip R. Martinez (mt) (Entered: 06/14/2004) |
|---|---|---|
| 07/01/2004 | 346 | Response by USA to motion by Jorge Abraham, Ignacio Abraham, Dean Miller : amended motion amending motion to suppress wiretap-related evidence [321-1], motion to suppress wiretap related evidence [261-1] (mt) (Entered: 07/01/2004) |
| 07/12/2004 | 349 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice , docket call 8:00 9/15/04 for Jorge Abraham, for Felipe Castaneda, for Ignacio Abraham, for Dean Miller signed by Judge Philip R. Martinez (mt) (Entered: 07/13/2004) |
| 07/30/2004 | 356 | Plea agreement filed as to Dean Miller (mt) (Entered: 07/30/2004) |
| 08/02/2004 | 357 | Motion by Dean Miller to withdraw all motions and joinders in motions (mt) (Entered: 08/05/2004) |
| 08/03/2004 | 362 | Order as to Dean Miller granting motion to withdraw all motions and joinders in motions [357-1] as to Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 08/05/2004) |
| 09/15/2004 | 364 | Minutes of proceedings for docket call conducted on 9/15/04 as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Antonio Aranda, Saul Iglesias by Judge Martinez. Court Reporter: Mike Nobles (mt) (Entered: 09/15/2004) |
| 09/15/2004 |  | Docket call for Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Antonio Aranda, Saul Iglesias held (mt) (Entered: 09/15/2004) |
| 09/15/2004 |  | Docket call for Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Antonio Aranda, Saul Iglesias resetting to 8:00 11/18/04 for Jorge Abraham, for Felipe Castaneda, for Ignacio Abraham, for Dean Miller, for Robert Tarantino, for Scott Snyder, for Timothy J. Farnham, for Donald Deland, for Peter L. Pembleton, for Anthony Leone, for Antonio Aranda, for Saul Iglesias (mt) (Entered: 09/15/2004) |
| 09/15/2004 | 365 | Minutes of proceedings for docket call conducted on 9/15/04 as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Antonio Aranda, Saul Iglesias by Judge Martinez. Court Reporter: Mike Nobles (mt) (Entered: 09/15/2004) |
| 09/15/2004 | 366 | Minutes of proceedings for docket call conducted on 9/15/04 as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Antonio Aranda, Saul Iglesias by Judge Martinez. Court |

| | | Reporter: Mike Nobles (mt) (Entered: 09/15/2004) |
|---|---|---|
| 09/20/2004 | 368 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Antonio Aranda, Saul Iglesias order indicates failure to continue would make continuation of further proceedings impossible or result in a miscarriage of justice , docket call 8:00 11/18/04 for Jorge Abraham, for Felipe Castaneda, for Ignacio Abraham, for Dean Miller, for Robert Tarantino, for Scott Snyder, for Timothy J. Farnham, for Donald Deland, for Antonio Aranda, for Saul Iglesias signed by Judge Philip R. Martinez (mt) (Entered: 09/21/2004) |
| 10/22/2004 | 381 | Order as to Dean Miller rearraignment 9:00 11/16/04 for Dean Miller signed by Judge Michael S. McDonald (mt) (Entered: 10/25/2004) |
| 10/29/2004 | 383 | Motion by Dean Miller to substitute attorney (mt) (Entered: 10/29/2004) |
| 10/29/2004 | 385 | Order as to Dean Miller rearraignment 9:00 11/19/04 for Dean Miller signed by Judge Michael S. McDonald (mt) (Entered: 10/29/2004) |
| 11/02/2004 | 387 | Order as to Dean Miller granting motion to substitute attorney [383-1] ; terminated Michael Pancer; added Daniel Gonzalez as to Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 11/03/2004) |
| 11/19/2004 | 391 | Minutes of proceedings for docket call conducted on 11/18/04 as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Dean Miller by Judge Martinez. Defts. Jorge Abraham, Felipe Castaneda, and Dean Miller move for rearraignment. Court Reporter: Mike Nobles (mt) Modified on 11/22/2004 (Entered: 11/22/2004) |
| 11/22/2004 | 394 | Minutes of proceedings for Felony Plea conducted on 11/19/04 as to Dean Miller by Judge McDonald. Court Reporter: ERO (mt) (Entered: 11/24/2004) |
| 11/22/2004 | | Rearraignment as to Dean Miller held (mt) (Entered: 11/24/2004) |
| 11/22/2004 | | Plea of guilty entered by Dean Miller (10) count(s) 1 (mt) (Entered: 11/24/2004) |
| 11/22/2004 | 395 | Consent to administration of guilty/nolo plea and Rule 11 Allocution by a United States Magistrate Judge as to Dean Miller (mt) (Entered: 11/24/2004) |
| 11/22/2004 | | Referred to Probation for Pre-Sentence Report as to Dean Miller (mt) (Entered: 11/24/2004) |
| 11/22/2004 | 396 | Findings of Fact and Recommendation on felony guilty/nolo plea before the United States Magistrate Judge as to Dean Miller Recommendation that the District Court accept the guilty plea. (mt) (Entered: 11/24/2004) |
| 11/24/2004 | 397 | Sealed Motion by USA as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Omar Jaramillo, Lorenzo Enrique-Campos, Dean Miller, Robert Tarantino, Scott Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias SEALED (mt) (Entered: 11/26/2004) |
| 11/30/2004 | 403 | Order as to Jorge Abraham, Felipe Castaneda, Ignacio Abraham, Omar Jaramillo, Lorenzo Enrique-Campos, Dean Miller, Robert Tarantino, Scott |

| | | |
|---|---|---|
| | | Snyder, Timothy J. Farnham, Donald Deland, Peter L. Pembleton, Anthony Leone, Fernando Ortiz, Antonio Aranda, Saul Iglesias granting motion SEALED [397-1] as to Jorge Abraham (1), Felipe Castaneda (2), Ignacio Abraham (3), Omar Jaramillo (8), Lorenzo Enrique-Campos (9), Dean Miller (10), Robert Tarantino (11), Scott Snyder (12), Timothy J. Farnham (13), Donald Deland (14), Peter L. Pembleton (15), Anthony Leone (16), Fernando Ortiz (17), Antonio Aranda (18), Saul Iglesias (19) signed by Judge Philip R. Martinez (mt) (Entered: 12/01/2004) |
| 12/03/2004 | 421 | Order as to Dean Miller sentencing 8:00 2/17/05 for Dean Miller signed by Judge Philip R. Martinez (mt) (Entered: 12/04/2004) |
| 12/13/2004 | 439 | Order as to Dean Miller granting findings of fact plea Recommendation that the District Court accept the guilty plea. [396-1] as to Dean Miller (10) signed by Judge Philip R. Martinez (mt) (Entered: 12/14/2004) |
| 12/13/2004 | | Guilty plea accepted by the court as to Dean Miller (10) count(s) 1 ; Mooted Motions: amended motion amending motion to suppress wiretap-related evidence [321-1] as to Dean Miller (10), motion for disclosure of proffer information [291-1] as to Dean Miller (10), motion for order directing the goVts. to give notice its intention to use evidence [289-1] as to Dean Miller (10), motion for notice by by the Govt. of intention to rely upon other crimes evidence [289-2] as to Dean Miller (10), motion to disclose identity and wherabouts of confidential informants and for pretrial access [289-3] as to Dean Miller (10), motion for attorney voir dire and to reserve further motions [289-4] as to Dean Miller (10), motion that all Title 3 applications, affidavits, orders, sealing order requests, and sealing orders are to be placed a the copy depository within 7 days. [255-1] as to Dean Miller (10) (mt) (Entered: 12/14/2004) |
| 02/03/2005 | 480 | Notice of filing by USA of return of service on Jorge Abraham C/O Joseph Sib Abraham (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 481 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 482 | Notice of filing by USA of Process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 483 | Notice of filing by USA of Process Receipt and Return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 484 | Notice of filing by USA of Process Receipt and Return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 485 | Notice of filing by USA of Process Receipt and Return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 486 | Notice of filing by USA of Process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 487 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |

| 02/03/2005 | 488 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 489 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 490 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 491 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 492 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/03/2005 | 493 | Notice of filing by USA of process receipt and return (mm1) (Entered: 02/03/2005) |
| 02/16/2005 | 495 | Motion by USA as to Dean Miller for downward departure (mm1) (Entered: 02/16/2005) |
| 02/17/2005 | 496 | Minutes of proceedings for Sentencing conducted on 2/17/05 as to Dean Miller by Judge Martinez. Court Reporter: Mike Nobles (mt) (Entered: 02/18/2005) |
| 02/17/2005 | | Sentencing , Dean Miller (10) count(s) 1 held Dean Miller (10) count(s) 1. Deft. sentenced to 48 months imprisonment followed by 3 years supervised release and $10,000.00 fine and $10.00 SA ; Mooted Motions: motion for downward departure [495-1] as to Dean Miller (10) (mt) (Entered: 02/18/2005) |
| 02/17/2005 | | Dismissed count on motion by the Govrt Dean Miller (10) count(s) 2, 10-11, 48, 50 (mt) (Entered: 02/18/2005) |
| 02/24/2005 | 499 | Transcript requested by Dean Miller as to Dean Miller for dates of 2/17/05 (Proceedings Transcribed: Sentencing) (Court Reporter: Mike Nobles) (mt) (Entered: 02/25/2005) |
| 02/25/2005 | 502 | Judgment and Commitment as to Dean Miller (10) count(s) 1 ) signed by Judge Philip R. Martinez (mt) (Entered: 02/26/2005) |
| 03/07/2005 | 510 | Transcript filed as to Dean Miller for dates of 11/19/04 (Proceedings Transcribed: Plea) (Court Reporter: Swanson) (mm1) (Entered: 03/07/2005) |
| 04/27/2005 | 576 | Amended judgment as to Dean Miller (10) count(s) 1 Dean Miller (10) count (s) 1. Deft. sentenced to 48 months imprisonment with credit for time served while in custody for his federal offense followed by 3 years supervised release and $10,000.00 fine and $10.00 SA ) signed by Judge Philip R. Martinez (mt) (Entered: 04/27/2005) |
| 04/27/2005 | 582 | Bench warrant returned executed for Dean Miller on 4/21/05 (mm1) (Entered: 07/14/2005) |
| 08/05/2008 | 649 | Probation/Supervised Release Jurisdiction Transferred to Southern District of California as to Dean Miller Transmitted Transfer of Jurisdiction form, with |

| | | certified copies of indictment, judgment and docket sheet. (mt, ) (Entered: 08/06/2008) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/18/2008 15:49:28 | | | |
| **PACER Login:** | ud0077 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:03-cr-02294-PRM |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |